## IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

PEARLIE ROBINSON,    )
                     )
   Appellant,    )
                     )
vs.    )    **CASE NO.  15-13917AA**
                     )
AFFIRMATIVE  INSURANCE    )
COMPANY; USAGENCIES    )
MANAGEMENT  SERVICES, INC.;    )
LIFCO, LLC, et al.,    )
                     )
   Appellees.    )

## APPELLEE'S STATUS REPORT CONCERNING BANKRUPTCY PROCEEDINGS

COMES NOW counsel for Appellee USAgencies Management Services, Inc., now known as Affirmative General Agency, Inc., and pursuant to this Court's November 6, 2015 Order, submits its monthly status report to the Court concerning the Chapter 11 bankruptcy petition filed on behalf of Affirmative Insurance Holdings, Inc. and certain of its affiliates (including Affirmative General Agency, Inc.).  The bankruptcy case was converted to a Chapter 7 bankruptcy proceeding, effective March 10, 2016, and remains pending.

Respectfully submitted,

/s/ Julie D. Pearce
Julie D. Pearce (ASB-9946-c35j)
Attorney for Appellees Affirmative Insurance Company, USAgencies Management Services, Inc. (n/k/a Affirmative General Agency, Inc.) and LIFCO, LLC

**OF COUNSEL:**
GAINES, GAULT, HENDRIX, P.C.
361 Summit Boulevard, Suite 200
Birmingham, Alabama 35243
Office:         (205) 980-5888
Fax:            (205) 980-1098
Email:          jpearce@ggh-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties via electronic mail or United States Mail, properly addressed and postage prepaid, this the 15th day of April, 2026 to:

James R. Morgan
1605 Twenty-First Street South
Birmingham, Al 35205

Darren Azman
Megan Preusker
McDermott, Wills & Emory, LLP
227 West Monroe Street
Chicago, IL 60606-5096

/s/ Julie D. Pearce
OF COUNSEL

2